**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.3694



RICHARD W. WIEKING
CLERK OF COURT

May 19, 2008

**FILED**
MAY 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Marc Charles Mendoza
P.O. Box 252
Kenwood, CA 95452

Re: C 08-01568 EDL   **Second Notice**
MARC CHARLES MENDOZA v. SUPERIOR COURT OF SONOMA

Dear Mr. Mendoza:

This matter has been assigned to Magistrate Judge Elizabeth D. Laporte for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A notice was previously sent to you requesting you submit a Consent to Proceed Before United States Magistrate or request reassignment to a district court judge. A review of the file discloses the form documenting your consent or declination/ request for reassignment has not been filed. Please select **one** of the attached forms and file it with the Court by **May 28, 2008**. These forms can also be found on the Court's website at www.cand.uscourts.gov.

Thank you.

RICHARD W. WIEKING

By: *Lili M Harrell*
Lili M. Harrell
Deputy Clerk

Attachments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARC CHARLES MENDOZA

    Plaintiff,

v.

**SUPERIOR COURT OF SONOMA**

    Defendant.

No. C **08-01568** EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____

_____
Signature

_____
Counsel for _____
(Name or party or indicate "pro se")

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MARC CHARLES MENDOZA**

     Plaintiff,

     v.

**SUPERIOR COURT OF SONOMA**

     Defendant.

                        No. C **08-01568** EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A DISTRICT JUDGE,**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____

                                                              Signature

                                                               Counsel for _____
                                                               (Name or party or indicate "pro se")