FILED

MAY 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARC CHARLES MENDOZA,

    Plaintiff,

v.

SUPERIOR COURT OF SONOMA COUNTY,

    Defendant.

No. C 08-1568 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference currently scheduled for June 24, 2008 has been **continued to July 1, 2008** at 10:00 a.m. before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than June 24, 2008.

Dated: May 19, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARC CHARLES MENDOZA,

       Plaintiff,

v.

SUPERIOR COURT OF SONOMA et al,

       Defendant.

                        Case Number: CV08-01568 EDL

                        **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marc Charles Mendoza
P.O. Box 252
Kenwood, CA 95452

Dated: May 19, 2008

                                        Richard W. Wieking, Clerk

                                        By: Lili M. Harrell, Deputy Clerk