**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARC CHARLES MENDOZA,

    Plaintiff,

v.

SUPERIOR COURT OF SONOMA,

    Defendant.
_____/

No. C-08-01568 EDL

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

(2)    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The CASE MANAGEMENT CONFERENCE previously scheduled for July 1, 2008, at 10:00 a.m. on Magistrate Judge Laporte's calendar will NOT be held.

Dated: June 12, 2008

Richard W. Wieking, Clerk
United States District Court

By: Lili M. Harrell
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC CHARLES MENDOZA, | Case Number: CV08-01568 EDL |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SUPERIOR COURT OF SONOMA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marc Charles Mendoza
P.O. Box 252
Kenwood, CA 95452

Dated: June 12, 2008

Richard W. Wieking, Clerk

By: Lili M. Harrell, Deputy Clerk