**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    MARC CHARLES MENDOZA,                    No. C-08-1568 MMC

12              Plaintiff,                     **ORDER DIRECTING PLAINTIFF TO**
                                               **SHOW CAUSE WHY ACTION SHOULD**
13      v.                                     **NOT BE DISMISSED**

14    SUPERIOR COURT OF SONOMA
      COUNTY,
15
                Defendant
16    _____/

17

18         Before the Court is plaintiff Marc Charles Mendoza's ("Mendoza") Complaint for

19    Declaratory Judgment, filed March 21, 2008.[1]

20         Mendoza alleges he is a defendant in an ongoing criminal matter pending in the

21    Superior Court of California, County of Sonoma, specifically, "a misdemeanor traffic case."

22    (See Compl. at 3:2.) Mendoza further alleges that the trial court denied his motion to

23    dismiss the matter and that Mendoza thereafter sought review by filing a petition for a writ

24    of mandate in the appellate division of the Superior Court. According to Mendoza, he then

25    requested the trial court stay the proceedings, but such request was denied; Mendoza

26    alleges the denial of his request for a stay has deprived him of due process. As relief,

27    Mendoza seeks a declaration, from a federal district court, that the state trial court erred by

28    _____

              [1]The instant action was reassigned to the undersigned on June 12, 2008.

1  not granting his request for a stay.

2      "[A] federal court should not enjoin a state criminal prosecution begun prior to the

3  institution of the federal suit except in very unusual situations," Samuels v. Mackell, 401

4  U.S. 66, 69 (1971); indeed, "the normal thing to do when federal courts are asked to enjoin

5  pending proceedings in state courts is not to issue such injunctions," see Younger v. Harris,

6  401 U.S. 37, 45 (1971).  Similarly, a district court should normally decline to issue

7  declaratory relief with respect to a pending state criminal matter because issuance of a

8  declaration "has virtually the same practical impact as a formal injunction."  See Samuels,

9  401 U.S. at 72.

10      Here, the declaratory relief sought by Mendoza would appear to be of the type that a

11  federal district court should not issue.  See id.

12      Accordingly, Mendoza is hereby ORDERED TO SHOW CAUSE, in writing and no

13  later than July 2, 2008, why the instant action should not be dismissed without prejudice.

14      **IT IS SO ORDERED.**

15

16  Dated: June 17, 2008

17                               MAXINE M. CHESNEY
                             United States District Judge

18

19

20

21

22

23

24

25

26

27

28