Marc Mendoza
Box 252
Kenwood, CA. 95452
707-953-1739
707-833-1347 Fax
paracleteenterprises@earthlink.net

FILED

08 JUL -2 PM 12: 31

RICHARD W. WIEKING
CLERK, U S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN CALIFORNIA DISTRICT
# CIVIL DIVISION

| | |
|---|---|
| Marc Charles Mendoza,<br><br>    Plaintiff,<br><br>vs.<br><br>SUPERIOR COURT OF SONOMA COUNTY,<br><br>    Defendant | ) Civil Action, File No.: C-08-1568 MMC<br>)<br>) VOLUNTARY WITHDRAWAL IN LIEU OF<br>) ORDER TO SHOW CAUSE; CERTIFICATE<br>) OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## VOLUNTARY WITHDRAWAL IN LIEU OF ORDER TO SHOW CAUSE

Petitioner Marc Charles Mendoza, ordered by District Court Judge Maxine Chesney on June 17, 2008 to Show Cause why his Complaint for Declaratory Judgment should not be dismissed, hereby voluntarily withdraws his Complaint for Declaratory Judgment based on events in local court which appear to have rendered his Complaint moot.

Petitioner respectfully thanks the court for its time and consideration of this matter.

Submitted under penalty of perjury this 1st day of July, 2008,

                        _M. Mendoza_
                        Marc Mendoza, Petitioner-Appellant

Case No.:C-08-1568 MMC    Voluntary Withdrawal in Lieu of Order to Show Cause - 1

## CERTIFICATE OF SERVICE

I affirm that on July 1, 2008, I served the following parties with true and accurate copies of the attached Voluntary Withdrawal by placing the same in the U.S. Mail, postage prepaid, addressed to :

Sonoma County Superior Court           Sonoma County Prosecutors Office
600 Administration Drive               600 Administration Drive
Santa Rose, CA. 95403                  Santa Rose, CA. 95403

Submitted under penalty of perjury this 1st day of July, 2008,

*Marc Mendoza, Petitioner-Appellant*

Case No.:C-08-1568 MMC    Voluntary Withdrawal in Lieu of Order to Show Cause - 2