IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC CHARLES MENDOZA, | No. C-08-1568 MMC |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE; DIRECTIONS TO CLERK** |
| v. | |
| SUPERIOR COURT OF SONOMA COUNTY, | |
| Defendant / | |

Plaintiff having voluntarily dismissed the instant complaint, (see Voluntary Withdrawal, filed July 2, 2008), the Court's June 17, 2008 order to show cause is hereby discharged.

The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: July 7, 2008

MAXINE M. CHESNEY
United States District Judge